CLOSED

**U.S. District Court**
**Northern District of Georgia (Newnan)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00107-JTC**

Grizzard et al v. Davol, Inc. et al
Assigned to: Judge Jack T. Camp
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/16/2007
Date Terminated: 01/22/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sandra Y. Grizzard**

represented by **Doris Carol Orleck**
Office of Carol Orleck
5-1/2 East Broad Street
Newnan, GA 30263
770-253-9559
Email: corleck@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diane Sternlieb**
The Law Offices of Diane M. Sternlieb, LLC
314 Bradley Street
Carrollton, GA 30117
770-214-5933
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Billy Jack Grizzard**

represented by **Diane Sternlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doris Carol Orleck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Lawrence J. Myers**

Smith Moore
1201 West Peachtree Street
Suite 3700
Atlanta, GA 30309
404-962-1040
Email:
Larry.Myers@SmithMooreLaw.com

**Defendant**

**C.R. Bard, Inc.** represented by **Lawrence J. Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2007 | 1 | COMPLAINT with Jury Demand filed by Sandra Y. Grizzard and Billy Jack Grizzard.(Filing fee $ 350 receipt number 349728.) (Attachments: # 1 Civil Cover Sheet)(scg) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 11/16/2007) |
| 11/16/2007 | 2 | Summons Issued as to Davol, Inc., C.R. Bard, Inc. and returned to Plaintiffs' attorney for service. (scg) (Entered: 11/16/2007) |
| 11/27/2007 | 3 | Return of Service Executed by Plaintiffs. Davol, Inc. served on 11/21/2007, answer due 12/11/2007. (scg) (Entered: 11/28/2007) |
| 12/04/2007 | 4 | Return of Service Executed by Sandra Y. Grizzard, Billy Jack Grizzard. C.R. Bard, Inc. served on 11/26/2007, answer due 12/17/2007. (rsh) (Entered: 12/04/2007) |
| 12/10/2007 | 5 | ANSWER to 1 COMPLAINT with Jury Demand *and Affirmative Defenses* by Davol, Inc., C.R. Bard, Inc.. Discovery ends on 5/8/2008. (Myers, Lawrence) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/10/2007) |
| 12/10/2007 | 6 | Corporate Disclosure Statement by Davol, Inc., C.R. Bard, Inc. by Davol, Inc., C.R. Bard, Inc..(Myers, Lawrence) (Entered: 12/10/2007) |
| 01/08/2008 | 7 | Initial Disclosures by Plaintiffs.(scg) (Entered: 01/08/2008) |
| 01/08/2008 | 8 | Certificate of Interested Persons by Plaintiffs. (scg) (Entered: 01/08/2008) |
| 01/08/2008 | 9 | NOTICE OF REQUIREMENT TO FILE ELECTRONICALLY pursuant to Standing Order 04-01 as to Doris Carol Orleck, Diane Sternlieb re 7 Initial Disclosures and 8 Certificate of Interested Persons. (scg) (Entered: 01/08/2008) |
| 01/10/2008 | 10 | Joint MOTION to Stay *Proceedings Pending Transfer to Multidistrict Litigation* with Brief In Support by Sandra Y. Grizzard, Billy Jack |

| | | |
|---|---|---|
| | | Grizzard, Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Text of Proposed Order)(Myers, Lawrence) (Entered: 01/10/2008) |
| 01/22/2008 | 11 | ORDER of Judicial Panel on Multidistrict Litigation re: Transfer to USDC D RI, MDL No. 1842, RI Case No. 08-2067. (scg) (Entered: 01/22/2008) |
| 01/22/2008 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order and docket sheet sent. (scg) (Entered: 01/22/2008) |
| 01/22/2008 | | Civil Case Terminated. (scg) (Entered: 01/22/2008) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/04/2008 14:20:55 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00107-JTC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |